**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN LLAMAS,** | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **VS.** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **PORTFOLIO RECOVERY** | ) | **4:10-cv-816** |
| **ASSOCIATES, LLC** | ) | |
| **DEFENDANT.** | ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW Plaintiff John Llamas, and for his Notice of Settlement states:

1.    On May 6, 2010, the parties agreed to a settlement in the above-captioned matter.

2.    Plaintiff anticipates that the necessary Releases and other settlement documents will be exchanged by the parties, and a Notice of Voluntary Dismissal will be filed on or before May 21, 2010.

**WHEREFORE**, Plaintiff prays this Court for an Order passing this matter for settlement, and allowing the parties an extension up to and including May 21, 2010 in which to file a Notice of Dismissal after the Settlement is affected, and for any other relief this Court deems just and proper.

05/6/2010
**Dated**

**THE SWANEY LAW FIRM**

/s/ Robert T. Healey
Robert T. Healey
EDMO # 3356; MO Bar #34138
Attorney at Law
3460 Hampton, Suite 205
St. Louis, MO 63139
rhealey@swaneylawfirm.com
telephone: (314) 481-7778
fax:  (314) 481-8479

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has filed a true and accurate copy of the Motion to Pass for Settlement with the Court's ECF filing system this 6th day of May 2010.

/s/ Robert T. Healey