UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN LLAMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CV00816AGF |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Pursuant to a Notice of Settlement filed by Plaintiff John Llamas [Doc. #3] that this case has been settled,

**IT IS HEREBY ORDERED** that the parties shall file, on or before June 7, 2010, dismissal papers dismissing the case.

Dated this 7th day of May, 2010.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE